UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>Antonio Preciado Gudino,<br><br>                                    Defendant. | Case No.:  24cr2639-CAB<br><br>**ORDER ON MOTION FOR REDUCTION OF SENTENCE [DOC. NO. 42]** |

Before the Court is the motion of defendant Antonio Preciado Gudino, *pro se*, for reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2), asserting that he was sentenced to a term of imprisonment that has subsequently been lowered by an amendment to the United States Sentencing Guidelines ("USSG"). [Doc. No. 42.]   He does not identify a specific provision he contends authorizes recalculation of his guideline calculation and a reduction of his sentence.

The defendant was sentenced on July 25, 2025, for Importation of Cocaine, in violation of 21 U.S.C. §§ 952, 960. [Doc. No. 41.]

Defendant admitted in his plea agreement to importing 73.24 kilograms of cocaine. [Doc. No. 27.]  In calculating the defendant's guidelines at sentencing, the defendant's base offense level was determined to be 34 in accordance with USSG § 2D1.1 (c)(3) [at least 50

24cr2639-CAB

kilograms but less than 150 kilograms of cocaine]. [Doc. No. 34.] No amendment has lowered this base offense level after the defendant's sentencing.

At sentencing, the defendant was given a minor role adjustment reducing his base offense level to 31 and the corresponding 2-point reduction for his role in the offense. He also qualified for statutory safety valve and received the corresponding 2-point downward adjustment, the 2-point downward adjustment as a zero-point offender and a 3-point downward adjustment for acceptance of responsibility. His resulting total offense level was calculated to be 22. His criminal history score was 0, placing him in Category I. [Doc. No. 34.] His guideline range was 41 to 51 months, prior to any further departures or variances.

The defendant was given a 4-point downward departure under § 5K3.1, recommended by the government, for early disposition, resulting in an adjusted offense level of 18 and a guideline range of 27 to 33months. [Id.]

After considering the 3553(a) factors, the Court imposed a custodial sentence of 24 months, a custodial term below his sentencing guideline. [Doc. No. 42.]

The defendant's motion represents that there has been an amendment to the guidelines lowering his sentencing range. No retroactive amendment, however, has changed his guideline calculations. Post-sentencing rehabilitative conduct alone does present grounds for resentencing. § 1B1.10 (b). The defendant has not present justification for the Court to recalculate his guidelines or reduce his sentence.

The defendant's request for appointment of counsel is **DENIED** and his motion to reduce his sentence is **DENIED**.

**IT IS SO ORDERED.**

Dated:  January 22, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

24cr2639-CAB